UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LESLIE CHRISTENSEN, individually, GARY CHRISTENSEN, and KIM CHRISTENSEN, father and mother, individually,<br><br>        Plaintiffs,<br><br>        v.<br><br>ROYAL SCHOOL DISTRICT NO. 160, a political subdivision, STEVEN G. DIAZ, individually, and PRESTON "KENT" ANDERSEN, individually and the marital community composed thereof,<br><br>        Defendants. | No. CV-02-185-FVS<br><br>ORDER OF DISMISSAL |

The Court, being fully advised, now therefore,

**IT IS HEREBY ORDERED** that pursuant to the Stipulation filed by the parties, Ct. Rec. 340, and Federal Rule of Civil Procedure 41(a), this action is **DISMISSED WITH PREJUDICE** with respect to claims against Defendants Royal School District No. 160 and Preston "Kent" Andersen.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE THE FILE.**

**DATED** this __27th__ day of September, 2006.

                                    __s/ Fred Van Sickle__
                                      Fred Van Sickle
                              United States District Judge

ORDER OF DISMISSAL - 1